■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VISHNY SUKDEO, Appellant. [791 NYS2d 850]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (DiMango, J.), rendered January 21, 2003, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH THOMAS, Appellant. [791 NYS2d 851]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 28, 1988 (*see People v Thomas*, 138 AD2d 760 [1988]), affirming a judgment of the Supreme Court, Queens County, rendered October 31, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller, Schmidt and Adams, JJ., concur.